UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
--------------------------------------------------------------X

Richard Merino, et al.,

                              ORDER
                              14-CV-2123 (ALC)(RLE)

                Plaintiffs.

        -against-

Woori America Bank,

                Defendants.
--------------------------------------------------------------X

ANDREW L. CARTER, JR., United States District Judge:

      Due to a conflict on the Court's calendar, the July 22, 2014 telephone status conference will take place at **1:30 p.m.**

      **SO ORDERED.**

Dated: New York, New York
         July 18, 2014

                                         ANDREW L. CARTER, JR.
                                         UNITED STATES DISTRICT JUDGE